IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC NO. 3305 |
| v. ) | |
| ) | |
| KEITH JAMES SEXTON, ) | |
| ) | |
| Defendant, ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on November 30, 2000, for Plaintiff and against Defendant for the sum of $10,000.00, together with interest thereon from the date of Judgment, and costs.

3. Defendant, KEITH JAMES SEXTON, resides at 384 Gardner Road, Prattville, Alabama 36067, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 9, 2006, is $12,738.60.

                                            LEURA G. CANARY
                                            United States Attorney

                                            By: *(signature)*
                                            R. RANDOLPH NEELEY
                                            Assistant United States Attorney
                                            Bar Number: 9083-E56R
                                            Attorney for Plaintiff
                                            Post Office Box 197
                                            Montgomery, AL  36101-0197
                                            Telephone No.: (334) 223-7280
                                            Facsimile No.: (334) 223-7418
                                            E-mail:  rand.neeley@usdoj.gov

Sworn to and subscribed before
me this 10th day of May, 2006.

*(signature)*
NOTARY PUBLIC